1/26/23, 11:32 AM                                                KS Third Judicial District Court Public Access

# Secured Case Notes

<u>Current Search</u>  <u>New Search</u>  <u>Refine Search</u>  <u>LogOut</u>

**Case Number:** 2022-CV-000785 (Premises Liability)
**Plaintiff:** Randy Woodard          **Attorney** Roger D. Fincher
**Defendant:** Smucker Foodservice Inc
**Judge** Mary Christopher

| Effective Date | Note | Image |
|---|---|---|
| 01/10/2023 | Summons Returned as to Big Heart Pet Brands Inc, Resident Agent Service 12/28/22 RET: Return of Service | <u>View</u> |
| 01/10/2023 | Summons Returned as to Smucker Sales and Distribution Company, Resident Service 12/28/22 RET: Return of Service | <u>View</u> |
| 01/10/2023 | Summons Returned as to Smucker Foodservice Inc, Resident Agent Service 12/28/22 RET: Return of Service | <u>View</u> |
| 12/21/2022 | Summons as to Big Heart Pet Brands Inc PLE: Summons | <u>View</u> |
| 12/21/2022 | Summons as to Smucker Sales and Distribution Company PLE: Summons | <u>View</u> |
| 12/21/2022 | Summons as to Smucker Foodservice Inc PLE: Summons | <u>View</u> |
| 12/21/2022 | Petition PLE: Petition | <u>View</u> |
| 12/21/2022 | Plaintiff: Woodard, Randy Attorney of Record Roger D Fincher | |
| 12/21/2022 | Summons: Issued on 12/27/2022; to Big Heart Pet Brands Inc on 12/27/2022; Assigned to Process Server. | |
| 12/21/2022 | Summons: Issued on 12/27/2022; to Smucker Sales and Distribution Company on 12/27/2022; Assigned to Process Server. | |
| 12/21/2022 | Summons: Issued on 12/27/2022; to Smucker Foodservice Inc on 12/27/2022; Assigned to Process Server. | |
| Date Effective | Note | Image |



ELECTRONICALLY FILED
2022 Dec 21 PM 4:43
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER:  2022-CV-000785

Roger Fincher, #16090
1263 SW Topeka Blvd.
Topeka, KS 66612
(785) 430-5770
(785) 430-5774 - Fax
roger@fincherlawoffice.com
Attorney for Plaintiff

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS

| | | |
|---|---|---|
| RANDY WOODARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: _____ |
| | ) | |
| SMUCKER FOODSERVICE, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SMUCKER SALES AND DISTRIBUTION COMPANY, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BIG HEART PET BRANDS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Filed pursuant to K.S.A. Chapter 60

<u>PETITION</u>

COMES NOW Plaintiff, Randy Woodard, by and through his attorney, Roger D. Fincher, and for his cause of action against Defendants, alleges and states as follows:

1. That Defendant, Smucker Foodservice, Inc., is a corporation authorized to engage in business in the State of Kansas.

2. That Defendant, Smucker Foodservice, Inc., may be served with process through its resident agent, The Corporation Company, Inc., at 112 SW 7th Street Suite 3C, Topeka, Kansas 66603.

3.  That Defendant, Smucker Sales and Distribution Company, is a corporation authorized to engage in business in the State of Kansas.

4.  That Defendant, Smucker Sales and Distribution Company, may be served with process through its resident agent, The Corporation Company, Inc., at 112 SW 7th Street Suite 3C, Topeka, Kansas 66603.

5.  That Defendant, Big Heart Pet Brands, Inc., is a corporation authorized to engage in business in the State of Kansas.

6.  That Defendant, Big Heart Pet Brands, Inc., may be served with process through its resident agent, The Corporation Company, Inc., at 112 SW 7th Street Suite 3C, Topeka, Kansas 66603.

7.  That on January 15, 2021, Plaintiff, Randy Woodard, slipped and fell on product leaking from a silo on Defendants' property located at 2200 NW Brickyard Rd., Topeka, Kansas 66618.

8.  That the product had been leaking for several weeks prior to the incident.

9.  That multiple of Defendants' employees had been made aware of the leak prior to the incident.

10. That Defendants own and/or operate the property located at 2200 NW Brickyard Rd., Topeka, Kansas 66618.

11. That Defendants had a duty to maintain the property on which the Plaintiff fell in a reasonably safe manner.

12. That the Defendants breached their duty to exercise reasonable care to maintain the property in a safe condition by maintaining their silo in a defective condition wherein it had begun to collapse and was leaking product; by failing to warn Plaintiff of the dangerous

condition existing on the property; by generally failing to adequately protect Plaintiff from the dangerous condition existing on the property; and by poor maintenance, design, and repair of their premises.

13. That the condition of the property belonging to Defendants constituted a dangerous and unsafe condition.

14. That Defendants had the duty to warn Plaintiff of the aforedescribed dangerous condition existing on the property because they knew, or should have known, of said dangerous condition had it exercised reasonable care.

15. That Defendants breached their duty to warn Plaintiff of the aforedescribed dangerous condition existing on the property by negligently failing to warn Plaintiff of any dangerous condition existing on the property.

16. That Defendants knew, or though the exercise of reasonable care should have known, of the condition of the property before Plaintiff sustained his injuries.

17. That Plaintiff sustained injuries as a result of Defendants' negligence in failing to keep the property in a reasonably safe manner.

18. That as a proximate result of the above incident, Plaintiff, Randy Woodard, has or will suffer past and future medical expenses, past and future pain and suffering, past and future lost wages, and loss of enjoyment of life.

19. That Plaintiff's damages are in excess of $75,000.00.

**WHEREFORE**, by reason of the above and foregoing, Plaintiff prays for judgment against Defendants for an amount in excess of $75,000.00, for other damages, costs of this action and such other and further relief as the Court deems just and equitable.

Respectfully submitted,

*/s/ Roger D. Fincher*

_____

Roger D. Fincher, #16090
Law Office of Roger Fincher
Attorney for Plaintiff

ELECTRONICALLY FILED
2022 Dec 21 PM 4:43
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER:  2022-CV-000785

Randy Woodard

vs.

Smucker Foodservice, Inc. et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Smucker Foodservice Inc**
**112 SW 7th Street Suite 3C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Roger Dale Fincher

1263 SW TOPEKA BLVD

Topeka, KS 66612

within 21 days after service of summons on you.

_Robert McKee_
Deputy Clerk for

Clerk of the District Court
Electronically signed  on 12/27/2022 09:34:12 AM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2022 Dec 21 PM 4:43
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER:  2022-CV-000785

Randy Woodard

vs.

Smucker Foodservice, Inc. et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Smucker Sales and Distribution Company**

**112 SW 7th Street Suite 3C**

**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Roger Dale Fincher

1263 SW TOPEKA BLVD

Topeka, KS 66612

within 21 days after service of summons on you.

_Robert Inderied_
Deputy Clerk for

Clerk of the District Court

Electronically signed  on 12/27/2022 09:34:12 AM

**Documents to be served with the Summons:**

PLE: Petition Petition

ELECTRONICALLY FILED

2022 Dec 21 PM 4:43
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER:  2022-CV-000785

Randy Woodard

vs.

Smucker Foodservice, Inc. et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Big Heart Pet Brands Inc**

**112 SW 7th Street Suite 3C**

**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Roger Dale Fincher

1263 SW TOPEKA BLVD

Topeka, KS 66612

within 21 days after service of summons on you.

Deputy Clerk for

Clerk of the District Court

Electronically signed  on 12/27/2022 09:34:12 AM

**Documents to be served with the Summons:**

PLE: Petition Petition

ELECTRONICALLY FILED
2023 Jan 10 AM 9:42
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000785

## IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS

RANDY WOODARD ,                          )
                                         )
                      Plaintiff,         )
                                         )
vs.                                      )        Case No. 2022-cv-000785
                                         )
SMUCKER FOODSERVICE, INC.,               )
et al...                                 )
_____ Defendants      )

GOOD SERVICE ON **DEFENDANT, SMUCKER FOODSERVICE, INC** .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*RETURN OF SERVICE ON SUMMONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby certify that I have served this summons:

- o **Personal Service**: By delivering a copy of such summons and a copy of the petition to the defendant on _____
- o **Residence Service:**  .
  . Person of suitable age and discretion residing therein,
- ☑ **Resident Agent Service**: By delivering a copy of such summons and a copy of the petition to the resident agent, authorized by appointment or by law to receive service of process ON _12/ 27/2022_
- o **Residence Service and Mailing**: By leaving a copy of such summons and a copy of the petition at the usual place of residence of the defendant and mailing by first-class mail a notice that such copies have been left on_____, _____at _____.
- o **Certified Mail Service:** By mailing a copy of such summons and a copy of the petition certified mail return receipt requested to the above named defendant on _____.
  **The name and address of the envelope was as follows:**
- o **Federal Express Service**: By mailing a copy of such summons and a copy of the petition by Federal Express to the above named defendant on
  The name and address of the package was as follows:

### DECLARATION

I declare (or verify, certify or state) under penalty of perjury that the foregoing return of service is true and correct.

Executed on_____ _12-28_ _2022_ .

_____
Signature of Special Process Server or Law Enforcement Officer

ELECTRONICALLY FILED
2023 Jan 10 AM 9:40
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER:  2022-CV-000785

## IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS

RANDY WOODARD ,                                    )
                                                   )
                              Plaintiff,           )
                                                   )
vs.                                                )         Case No. 2022-cv-000785
                                                   )
SMUCKER FOODSERVICE, INC.,                         )
et al...                                           )
                                                   )
                              Defendants           )
_____

GOOD SERVICE ON **DEFENDANT, SMUCKER SALES AND DISTRIBUTION COMPANY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*RETURN OF SERVICE ON SUMMONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby certify that I have served this summons:

- ○ **Personal Service**: By delivering a copy of such summons and a copy of the petition to the defendant on _____

- ○ **Residence Service**:  .
  Person of suitable age and discretion residing therein,

- ✗ **Resident Agent Service**: By delivering a copy of such summons and a copy of the petition to the resident agent, authorized by appointment or by law to receive service of process ON *12/27/2022*

- ○ **Residence Service and Mailing**:  By leaving a copy of such summons and a copy of the petition at the usual place of residence of the defendant and mailing by first-class mail a notice that such copies have been left on_____, _____at _____.

- ○ **Certified Mail Service**: By mailing a copy of such summons and a copy of the petition certified mail return receipt requested to the above named defendant on _____.
  **The name and address of the envelope was as follows:**

- ○ **Federal Express Service**: By mailing a copy of such summons and a copy of the petition by Federal Express to the above named defendant on
  The name and address of the package was as follows:

                              **DECLARATION**

I declare (or verify, certify or state) under penalty of perjury that the foregoing return of service is true and correct.

Executed on____*12/28*____, *2022*____.

_____
Signature of Special Process Server or Law Enforcement Officer

1

ELECTRONICALLY FILED
2023 Jan 10 AM 9:37
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER:  2022-CV-000785

**IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS**

RANDY WOODARD ,                             )
                                            )
                        Plaintiff,          )
                                            )
vs.                                         )          Case No. 2022-cv-000785
                                            )
SMUCKER FOODSERVICE, INC.,                  )
et al...                                    )
                        Defendants          )

---

GOOD SERVICE ON **DEFENDANT, BIG HEART PET BRANDS, INC.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*RETURN OF SERVICE ON SUMMONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby certify that I have served this summons:

- o   **Personal Service**: By delivering a copy of such summons and a copy of the petition to the defendant on _____
- o   **Residence Service:**  .
      Person of suitable age and discretion residing therein,
- ⊗   **Resident Agent Service:** By delivering a copy of such summons and a copy of the petition to the resident agent, authorized by appointment or by law to receive service of process ON_12/27/22_
- o   **Residence Service and Mailing:**  By leaving a copy of such summons and a copy of the petition at the usual place of residence of the defendant and mailing by first-class mail a notice that such copies have been left on_____, _____at _____.
- o   **Certified Mail Service:** By mailing a copy of such summons and a copy of the petition certified mail return receipt requested to the above named defendant on _____.
      **The name and address of the envelope was as follows:**
- o   **Federal Express Service:** By mailing a copy of such summons and a copy of the petition by Federal Express to the above named defendant on
      The name and address of the package was as follows:
                                    **DECLARATION**

 I declare (or verify, certify or state) under penalty of perjury that the foregoing return of service is true and correct.

Executed on_____ _12-28_, _2022_ .

_____
Signature of Special Process Server or Law Enforcement Officer